Philadelphia to use *v.* Peters, Appellant (No. 2).

Argued Oct. 7, 1901. Appeal, No. 15, Oct. T., 1900, by defendant, from judgment of C. P. No. 1, Phila. Co., June T., 1896, No. 164, M. L. D., on verdict for plaintiff in case of Philadelphia to use of John Donnelly and Frederick T. Buckius, trading as John Donnelly & Company v. Estate of Margaret A. Peters, Deceased. Before RICE, P. J., BEAVER, ORLADY, SMITH, W. W. PORTER and W. D. PORTER, JJ. Affirmed.

OPINION BY W. D. PORTER, J., November 11, 1901:

This case presents the same questions and was discussed in connection with the appeal No. 15, October term, 1900, of this court, in which an opinion has this day been filed.

The judgment is affirmed.